John W. Moison, Appellant, v. Henry B. Burr, Respondent.— Judgment and order of the County Court of Rockland county reversed and new trial ordered, costs to abide the event, on the ground that the verdict was contrary to the evidence. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William Moore, Appellant, v. Bell & Fyfe Foundry Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Charles E. Morgan, Respondent, v. William P. Collins, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

John Morrison, Appellant, v. John H. Deeves and Richard H. Deeves, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., and Woodward, J., dissented.

Helen S. Muller, as Administratrix, etc., of William Muller, Deceased, Appellant, v. The City of New York and Ocean Electric Railway Company, Respondents, Impleaded with S. M. Green.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks and Rich, JJ.

Mary Murray, Administratrix, etc., of Peter Murray, Deceased, Respondent, v. John Seton, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward and Hooker, JJ., concurred; Jenks and Miller, JJ., dissented, because the papers do not show any grounds for the granting of a new trial upon newly-discovered evidence.

David P. Richardson, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Edward B. Ripsom, Respondent, v. John De Courcy Ireland, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Samuel Rosenberg, Respondent, v. New York City Railway Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Benjamin Rosenzweig, Appellant, v. Max Manes, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff had made out a case which required the trial to proceed. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harriet E. Rossman, Appellant, v. Raymond C. Rossman and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

William E. Warland, Appellant, v. The Muralo Company, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Thomas J. Washburn, Appellant, v. The Travelers' Insurance Company of Hartford, Connecticut, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Howard W. Webb, Appellant, v. New York City Railway Company, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the decision was against the weight of evidence. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Richard Werner, Appellant, v. The City of New York, Respondent. (Action No. 1.)— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Wettje, Jr., Respondent, v. Arthur E. Silverman, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that it was not shown that the defendant was in any way responsible for the falling of the brick, as the brickwork was being done by a contractor. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Minnie H. White, Respondent, v. Amandus P. G. Bock, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.